THIS OPINION HAS NO 
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Bobby Joe Lewis, Appellant. 
 
 
 
 

Appeal From Greenwood 
 County
  Wyatt T. Saunders, Jr., Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-290
 Submitted February 20, 2004 
  Filed May 4, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender 
 Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for 
 Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Chief State 
 Grand Jury Sherri A. Lydon, Assistant Deputy Attorney General Jennifer 
 Evans, all of Columbia, for Respondent.
 
 
 

PER 
 CURIAM:  Bobby Joe Lewis (Appellant) was convicted on an indictment charging 
 him with one count of trafficking crank (methamphetamine) - (conspiracy) - in 
 an amount more than four hundred grams and one count of trafficking crank (methamphetamine) 
 in an amount more than ten grams.  He was sentenced to concurrent prison terms 
 of twenty-five years and ten years.
On appeal, 
 counsel for Appellant has filed a final brief along with a petition to be relieved 
 as counsel.  Appellant has filed a pro se response.  After a thorough 
 review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved.               
APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.
 

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.